**Order entered January 13, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00242-CR

**WILLIAM WAYNE LAUBE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-81056-2012**

## ORDER

The State has filed a January 9, 2014 second motion for extension of time to file its brief. Because the State did not tender a brief with the motion, the State's second motion for extension is **DENIED**.

We **ORDER** the State to file its brief on or before **February 7, 2014**. If the State does not comply with this order, the appeal will be submitted without the State's brief.

/s/     DAVID EVANS
         JUSTICE